UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Katherine Cookman,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.
_____/

Case No. 13-10687

Honorable Nancy G. Edmunds

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S OCTOBER 12, 2013 REPORT AND RECOMMENDATION [12], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [8], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [11]

This matter came before the Court on the magistrate judge's October 12, 2013 report and recommendation in this social security benefits case. (Dkt. 12.) The magistrate judge recommended denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment.

The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation. The Court DENIES Plaintiff's motion for summary judgment and GRANTS Defendant's motion for summary judgment.

So ordered.

                                         s/Nancy G. Edmunds
                                         Nancy G. Edmunds
                                         United States District Judge

Dated:  December 17, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 17, 2013, by electronic and/or ordinary mail.

                                         s/Richard Loury for Carol A. Hemeyer
                                         Case Manager